UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN CAVAZZINI,

                          Plaintiff,

-against-

NICOLE MARIE ALLISON and KLLM
TRANSPORT SERVICES, LLC,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023

23 Civ. 5430 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 26, 2023, Defendants Nicole Marie Allison and KLLM Transport Services, LLC filed a notice of removal from the Supreme Court of New York, Bronx County. ECF No. 1. To date, Plaintiff has not appeared in this action.

    Accordingly, by **July 25, 2023**, Plaintiff shall appear in this action and advise the Court whether she intends to contest removal. Defendants shall serve this order on Plaintiff and file proof of service on the docket by **July 14, 2023**.

    SO ORDERED.

Dated: July 11, 2023
         New York, New York

                                                                  ANALISA TORRES
                                           United States District Judge