```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
EVELYN CAVAZZINI,

                Plaintiff,

-against-

NICOLE MARIE ALLISON and KLLM
TRANSPORT SERVICES, LLC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2023
```

23 Civ. 5430 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated July 25, 2023, in which Plaintiff states that she "will be contesting removal and intends to make a [m]otion for [r]emand." ECF No. 8. Accordingly:

1. By **August 16, 2023**, Plaintiff shall file her motion for remand;
2. By **August 30, 2023**, Defendants shall file their opposition papers; and
3. By **September 6, 2023**, Plaintiff shall file her reply, if any.

SO ORDERED.

Dated: July 26, 2023
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge