```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _03/13/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN CAVAZZINI,

                Plaintiff,

-against-

NICOLE MARIE ALLISON and KLLM
TRANSPORT SERVICES, LLC,

                Defendants.

23 Civ. 5430 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the proposed case management plan filed on March 12, 2024. ECF No. 31. The Court shall not endorse the plan in its current form. The case management plan requires the parties to discuss settlement following the close of fact discovery. *Id.* ¶ 9. However, the parties have not completed Paragraph 10 of the proposed case management plan, which requires the parties to propose a mechanism and timing for alternative dispute resolution.

    Accordingly, by **March 22, 2024**, the parties shall submit a revised proposed case management plan.

    SO ORDERED.

Dated: March 13, 2024
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge