UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN CAVAZZINI,

                Plaintiff,

-against-

NICOLE MARIE ALLISON and KLLM
TRANSPORT SERVICES, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/21/2025_

23 Civ. 5430 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for January 27, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 21, 2025
       New York, New York

ANALISA TORRES
United States District Judge